# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **GERALD STERLIN,** | : |
| **Petitioner,** | : |
| **v.** | : |
| | :      **CIVIL ACTION 07-0104-CG-M** |
| **ALBERTO GONZALES,** | : |
| **MICHAEL CHERTOFF,** | |
| **WARDEN DAVID O. STREIFF,** | : |
| **Respondents.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondents Alberto Gonzales, Michael Chertoff, and David O. Streiff.

**DONE and ORDERED** this 26th day of June, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE